# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| LOU LY, | ) | NO. ED CV 15-02601-JFW (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LYNCH, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 27, 2016

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE